# UNITED STATES DISTRICT COURT

for the
Western District of Texas

| | | |
|---|---|---|
| **MICHAEL CHAVEZ, individually and on behalf of all others similarly situated**<br>*Plaintiff*<br>v.<br>**AVANTI WELLNESS CAMBRIDGE LP d/b/a THE DRIPBAR ALAMO HEIGHTS**<br>*Defendant* | ) | Civil Action No. 5:26-cv-05958-OLG |

## AFFIDAVIT OF SERVICE

I, Donna LiAne Gardner, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on September 29, 2026, at 9:04 am. I delivered these documents to AVANTI WELLNESS CAMBRIDGE LP d/b/a THE DRIPBAR ALAMO HEIGHTS in Bexar County, TX on September 29, 2026 at 3:40 pm at 5800 Broadway, Ste 203, San Antonio, TX 78209-5258 by leaving the following documents with Anthony Cordova who as Manager is authorized by appointment or by law to receive service of process for AVANTI WELLNESS CAMBRIDGE LP d/b/a THE DRIPBAR ALAMO HEIGHTS.

SUMMONS IN A CIVIL ACTION, PLAINTIFF'S CLASS ACTION COMPLAINT, STANDING ORDER, CIVIL COVER SHEET

Race: Hispanic, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=29.4797276612,-98.4640142254
Photograph: See Exhibit 1
Total Cost: $97.00

My name is Donna LiAne Gardner, I am 18 years of age or older, and my address is PO BOX 310231, New Braunfels, TX 78131, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ Donna LiAne Gardner

Executed in Bexar County, TX on 9/30/2026.

Donna LiAne Gardner
+1 (512) 596-7123
Certification Number: PSC-17222
Expiration Date: 8/31/2027


Exhibit 1a)
THE DRIPBAR
MEMORY

Exhibit 1b)


DRIPBAR
ALAMO HEIGHTS
210-483-7479
Monday 10am - 6pm
Tuesday 10am - 6pm
Wednesday 10am - 6pm
Thursday 10am - 6pm
Friday 10am - 6pm
Saturday 10am - 4pm
Sunday 10am - 3pm
Patch Aid
vitamins in a patch
DRIPBAR
ALAMO HEIGHTS
SEPTEMBER 2026
Reset. Recover. Renew.
MEMBER PERK
Complimentary 25 mg NAD+ for members.
Great opportunity to upgrade to 50 mg for $16
or 100 mg for $36, membership discount included.
NAD+
MONTHLY PROMOS
MEMBERSHIP OFFER:
MEMBER
GLP RENEWAL OFFER:
B12
PEPTIDE PROMOTION:
10% OFF
Special Promotion
SEPTEMBER 6TH – 7TH
$50 OFF RESTORATION AND POWERPACK
$50 OFF


Exhibit 1c)
THE DRIP BAR
ALAMO HEIGHTS
210-483-7479
Suite 203
Monday 10am - 6pm
Tuesday 10am - 6pm
Wednesday 10am - 6pm
Thursday 10am - 6pm
Friday 10am - 6pm
Saturday 10am - 4pm
Sunday 10am - 3pm