**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MICHAEL CHAVEZ, individually and on behalf of all others similarly situated** | § | |
| **Plaintiff** | § | |
| **v.** | § | **Civil Action No. 5:26-cv-05958-OLG** |
| **AVANTI WELLNESS CAMBRIDGE LP d/b/a THE DRIPBAR ALAMO HEIGHTS** | § | |
| **Defendant** | § | |

**UNOPPOSED MOTION FOR EXTENSION OF ANSWER DEADLINE**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Avanti Wellness Cambridge LP ("Avanti") respectfully requests a three-week extension of its deadline to answer or otherwise respond to Plaintiff Michael Chavez's Class Action Complaint. Mr. Chavez filed the Complaint on September 16, 2026 and served Avanti on September 29. Avanti's current Answer deadline therefore is October 20. Avanti asks the Court to extend the deadline to November 10.

Avanti requests this extension in good faith and for good cause, and not to cause delay. Upon being served with the Complaint, Avanti acted diligently to engage counsel. However, due to various scheduling, travel, and work-related conflicts, the undersigned's formal engagement was not finalized until today (October 16). A three-week extension would give Avanti's counsel time to properly assess and respond to the Complaint.

Avanti's counsel conferred with Mr. Chavez's counsel regarding this Motion. Mr. Chavez does not oppose the requested extension.

Avanti thus respectfully asks the Court to extend its Answer deadline from October 20 to November 10.

Respectfully submitted by,

*/s/ Clayton N. Matheson*
Clayton N. Matheson
Texas State Bar No. 24074664
clayton@hfgtx.com
Tom A. Bugg
Texas State Bar No. 24144683
tbugg@hfgtx.com
HORNBERGER FULLER & GARZA INC.
7373 Broadway, Suite 300
San Antonio, Texas 78209
Tel.: 210-271-1700
Fax: 210-271-1730

***Counsel for Defendant***

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of this document was served electronically on all counsel of record through the Court's electronic filing system, in accordance with the Federal Rules of Civil Procedure, on October 16, 2026.

*/s/ Clayton N. Matheson*
Clayton N. Matheson