**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MICHAEL CHAVEZ, individually and on behalf of all others similarly situated** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **Civil Action No. 5:26-cv-05958-OLG** |
| | § | |
| **AVANTI WELLNESS CAMBRIDGE LP d/b/a THE DRIPBAR ALAMO HEIGHTS** | § | |
| | § | |
| | § | |
| **Defendant** | § | |

**ORDER GRANTING UNOPPOSED MOTION**
**FOR EXTENSION OF ANSWER DEADLINE**

Before the Court is Defendant Avanti Wellness Cambridge LP's Unopposed Motion for Extension of Answer Deadline. The Motion seeks a three-week extension of Defendant's deadline to answer or otherwise respond to Plaintiff's Class Action Complaint (Doc. 1). After considering the Motion, together with the record, applicable law, and Plaintiff's non-opposition, the Court hereby **GRANTS** the Motion.

The Court therefore **ORDERS** that Defendant's deadline to file an answer or otherwise respond to the Complaint is extended from October 20, 2026 to November 10, 2026.

Signed on October _____, 2026.

______________________________
Honorable Orlando L. Garcia
U.S. District Judge